UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALOMON PASSARIELLO, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FORBES MEDIA, LLC, a Delaware Limited Liability Company, and Does 1-100,<br><br>　　　　　　　Defendant. | Case No.: 1:23-cv-02544<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Complaint Filed: December 8, 2022<br>Action Transferred: March 7, 2023 |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Salomon Passariello and Defendant Forbes Media, LLC, by and through their respective undersigned counsel, stipulate to dismiss this action in its entirety without prejudice. Each party shall bear their own costs and fees, including attorneys' fees.

Dated: April 6, 2023

Respectfully Submitted,

_____
Thiago M. Coelho
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
Email: thiago@wilshirelawfirm.com

*Attorneys for Plaintiff and Proposed Class*

Dated: April 6, 2023

Respectfully Submitted,
/s/ Mark S. Melodia
_____
Mark S. Melodia
**HOLLAND & KNIGHT LLP**
31 W. 52nd Street, 12th Floor
New York, NY 10019
Telephone: (212) 513-3200
Email: mark.melodia@hklaw.com

*Attorneys for Defendant Forbes Media, LLC*

Ashley L. Shively
Andrew Klair

IT IS HEREBY ORDERED that this action is dismissed in its entirety. The clerk of Court is respectfully directed to close this case.

Dated: April 11, 2023
　　　　New York, New York
**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

**HOLLAND & KNIGHT LLP**
560 Mission Street, Suite 1900
San Francisco, California 94105
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
Email: ashley.shively@hklaw.com
Email: andrew.klair@hklaw.com

*Attorneys for Defendant Forbes Media, LLC*